UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **HEATHER WALKER** | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) CAUSE NO: 1:16-cv-2719-WTL-TAB |
| | ) |
| **THE HEALTH AND HOSPITAL** | ) |
| **CORPORATION OF MARION** | ) |
| **COUNTY** | ) |
| | ) |
| **Defendant** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

SO ORDERED this 15th day of March, 2017.

*William T Lawrence*

_____
JUDGE, United States District Court
Southern District of Indiana
Indianapolis Division

Distribution to:

Steven F. Pockrass
*steven.pockrass@ogletreedeakins.com*

John A. Drake
*john.drake@ogletreedeakins.com*

Theresa R. Parish
*theresa.parish@ogletreedeakins.com*

Ryan C. Fox
*rfox@fwslegal.com*

Ryan P. Sink
*rsink@fwslegal.com*